SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION
FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES
No._____

Vs.

**FILED**
JUN 1 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TOT  Sp 1589-05
P.D.I.D. No. 363-432

Johnny L. Lucas (Defendant)

05 - 0 3 3 3 M - 0 1

☒ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: 6-13-05.

COMMITMENT/RELEASE

☒ NO BOND
☐ BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: _____

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: _____

Address: _____

Telephone No. _____

DEFENDANT'S NAME: _____

Address: _____

_____ Telephone No. _____

DEFENDANT'S SIGNATURE: _____

DATE: 6/11/05        _____
                     JUDICIAL OFFICER PRESIDING

white-court            yellow-usao            Pink-defense

CD-3026/Mar. 03