UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0333M-01 (CR) |
| **JOHNNY LEE LUCAS,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Oxycodone); |
| | : | 22 D.C.C. §4504(a) |
| | : | (Carrying a Pistol Without a License) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about May 21, 2005, within the District of Columbia, **JOHNNY LEE LUCAS,** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of oxycodone, also known as oxycontin, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession With Intent to Distribute Oxycodone,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

**COUNT TWO**

On or about June 10, 2005, within the District of Columbia, within his dwelling place, **JOHNNY LEE LUCAS**, did carry, openly and concealed on or about his person, a pistol, without a license issued pursuant to law.

(**Carrying a Pistol Without a License**, in violation of Title 22, District of Columbia Code, Section 4504(a) and 4515)

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058


BY: _____
BARRY WIEGAND
Assistant United States Attorney
Bar No. 424-288
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4211
Washington, D.C. 20530
(202) 514-7315