**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Crim. No. 05-308 (GK)** |
| | ) | |
| **JOHNNY L. LUCAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**<u>MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT</u>**

Michelle M. Peterson, Assistant Federal Public Defender, respectfully moves the Court for an Order granting leave to withdraw as counsel in this case and states in support thereof:

1.   Mr. Lucas has been charged in this court with in a criminal information charging him with two crimes: unlawful possession with intent to distribute oxycodone and unlawful carrying a pistol without a license in the home.  This information was filed in anticipation of a plea.

2.  Mr. Lucas has rejected the plea offer.  It is anticipated that the government will likely file a superceding indictment shortly.

3.  Mr. Lucas has expressly requested that Counsel ask the Court to appoint a new lawyer to represent him.

4.  Counsel believes that because of the nature of the discussions that have transpired between Mr. Lucas and counsel regarding the plea offer that was made to Mr. Lucas, Mr. Lucas will never be convinced that Counsel is acting in his best interest.

5.  Undersigned counsel represents that the attorney-client relationship has suffered such that Mr. Lucas will not communicate with Counsel sufficiently to allow Counsel to represent him

adequately.

Therefore, it is respectfully requested that Michelle Peterson, Assistant Federal Public

Defender, be permitted to withdraw as Mr. Lucas' counsel of record and that Mr. Lucas be

appointed new counsel from the CJA Panel.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

_____        Michelle M. Peterson
                                        Assistant Federal Public Defender
                                        625 Indiana Avenue, N.W.
                                        Suite 550
                                        Washington, D.C.  20004
                                        (202) 208-7500