IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| Plaintiff,      ) | |
| v.      ) | Crim. No. 05-308 (GK) |
| JOHNNY L. LUCAS,      ) | |
| Defendant.      ) | |

**O R D E R**

Upon consideration of the Motion to Withdraw as Counsel filed by the Federal Public Defender in this case, and the entire record in this matter, it is this ___ day of _____, 2005 hereby **ORDERED**, that the Motion to Withdraw as Counsel is hereby granted; and it is further **ORDERED**, that Michelle Peterson is permitted to withdraw as counsel for the Defendant. It is further **ORDERED** that the CJA Administrator shall appoint new counsel for Mr. Lucas.

THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE