IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 05-308 (GK) |
| ) | |
| JOHNNY L. LUCAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Motion to Withdraw as Counsel filed by the Federal Public Defender in this case, and the entire record in this matter, it is this ___ day of Aug ___, 2005 hereby **ORDERED**, that the Motion to Withdraw as Counsel is hereby granted; and it is further **ORDERED**, that Michelle Peterson is permitted to withdraw as counsel for the Defendant. It is further **ORDERED** that the CJA Administrator shall appoint new counsel for Mr. Lucas.

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE