UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 05-308 (GK)** |
| : | |
| **JOHNNY LEE LUCAS,** : | |
| : | |
| **Defendant** : | |
| : | |

ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of undersigned counsel in this case on behalf of Johnny Lee Lucas, defendant, effective September 1, 2005.

    Submitted by
    JOANNE VASCO, ESQUIRE
    4102 Madison Street
    Hyattsville, MD 20781
    301.864.6424
    Attorney for Sandra Santiago

[X]    CJA

[ ]    Retained