UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Criminal Number 05-308 (GK)** |
| **JOHNNY LEE LUCAS,** : | |
| : | |
| **Defendant** : | |
| : | |

## ORDER

Pursuant to defendant Johnny Lee Lucas' motion to suppress physical evidence, and any opposition thereto, the motion is hereby

**GRANTED**, and it is this _____ day of _____, 2005,

**ORDERED**, that all of the physical evidence obtained pursuant to a search of his residence and the VW Golf bearing DC tag CA3635 be and hereby is,

**SUPPRESSED.**

_____
**GLADYS KESSLER**
**United States District Judge**