# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.: 05-308(GK)** |
| | : | |
| **JOHNNY LUCAS,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION FOR LEAVE TO FILE GOVERNMENT'S  NOTICE OF UNCHARGED MISCONDUCTAND MOTION IN LIMINE TO INTRODUCE EVIDENCE OF SAME

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves pursuant to  F.R. Crim. P. 45 (b)(1)(A) for an enlargement of time, up to and including October 11, 2005 to file the attached Notice of Uncharged Misconduct and Motion in Limine to Introduce Evidence of Same.  As grounds for this request, the United States now says:

1.      Due to a heavy caseload and other assignments, the Assistant United States Attorney to whom this case is assigned was unable to file a timely response to defendant's motion on the date that it was due, which was a Federal Holiday.

2.      The defendant will not be prejudiced by the granting of the motion for leave to late file, as it is  filed only one business day after the filing date set by the Court.

WHEREFORE, for the reasons stated above, the United States respectfully moves for an enlargement of time to file its Notice of Uncharged Misconduct and Motion in Limine to Introduce Evidence of Same.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


_____
WANDA J. DIXON
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, NW
ROOM 4235
WASHINGTON, DC 20530
202-514-6997