UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No.: 05-308(GK)** |
| : | |
| **JOHNNY LUCAS,** : | |
| : | |
| **Defendant.** : | |

## ORDER

    Based on the Government's Motion for leave to file and the reasons states therein, the Government's motion is hereby GRANTED

    IT IS SO ORDERED.

Date:_____

                                                       The Honorable Gladys Kessler
                                                       United States District Judge