UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No.: 05-308(GK)** |
| : | |
| **JOHNNY LUCAS,** : | |
| : | |
| **Defendant.** : | |

**ORDER**

Upon the government's Motion in Limine to Introduce Evidence of Uncharged Misconduct, the defendant's opposition, the record in this case, and any arguments made at a hearing on this motion, it is this _____ day of _____ 2005 hereby

ORDERED that the evidence indicated in the government's Notice of Intent may be introduced to establish the defendant's criminal intent, plan, state of mind, absence of mistake or accident or inadvertence, and knowledge of his actual and constructive possession of the drugs in this case.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE