UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | |
| : | Criminal Number 05-308 (GK) |
| JOHNNY LEE LUCAS, : | |
| Defendant : | |

**DEFENDANT'S UNOPPOSED MOTION
FOR ADDITIONAL TIME TO FILE MOTIONS**

Johnny Lee Lucas, through counsel, respectfully requests that this court grant him an additional period of time to file pretrial motions. As reasons for this request, the defendant states the following:

1. Assistant United States Attorney Wanda J. Dixon does not oppose the granting of this motion.

2. If this motion is granted, Mr. Lucas would propose extending the deadline for government responses to November 7, 2005. Should the court grant this motion, nearly four weeks would still remain until the December 2, 2005 motions hearing.

3. In addition to filing a supplement to Mr. Lucas' motion to suppress evidence on the additional ground that the warrant was unlawfully issued, and a response to the government's proposed 404(b) evidence (which would not be out of time), he wishes to file a motion for severance of counts.

4. Upon reading the government's statement of facts in its 404(b) motion, and a rereading of the affidavit in support of the search warrant, it became evident that whether officers had probable cause to stop Mr. Lucas on May 21, 2005 was

questionable, and that the search warrant probably should not have been issued as it was based on those facts. It also became evident that an insufficient connection exists between the two counts charged to warrant their joinder.

5.  As it is the duty of counsel for Mr. Lucas to file all appropriate pretrial motions in order to fully examine the circumstances surrounding police conduct resulting in these criminal allegations, he requests that this court exercise its discretion under Fed. R. Crim. P. 45(b)(B) and grant this motion.

WHEREFORE, Mr. Lucas respectfully requests that the court grant him additional time to file pretrial motions, and should the court grant this motion, permit him one week from the date this motion is granted to file additional motions, and reset the deadline for government responses two weeks thereafter.

> Respectfully submitted by
> JOANNE VASCO, ESQUIRE
> 4102 Madison Street
> Hyattsville, MD 20781
> 301.864.6424
> joanne_vasco@hotmail.com
> Attorney for Johnny Lee Lucas