UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Criminal Number 05-308 (GK)** |
| **JOHNNY LEE LUCAS,** : | |
| : | |
| **Defendant** : | |
| : | |
| _____ : | |

## ORDER

Upon motion by the defendant for additional time to file pretrial motions, and there appearing to be no objection by government counsel, the motion is

**GRANTED**, and it is this _____ day of October, 2005,

**ORDERED**, that the defendant shall have until _____,
2005 to file additional pretrial motions and it is also

**ORDERED**, that the government shall have until _____,
2005 to file responses to the defendant's motions.

_____
GLADYS KESSLER
United States District Judge