UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. :
: Criminal Number 05-308 (GK)
JOHNNY LEE LUCAS, :
:
Defendant :
:

## ORDER

Upon motion by the defendant for additional time to file pretrial motions, and there appearing to be no objection by government counsel, the motion is

GRANTED, and it is this _19th_ day of October, 2005,

ORDERED, that the defendant shall have until _October 27, 2005_ 2005 to file additional pretrial motions and it is also

ORDERED, that the government shall have until _Nov. 7, 2005_ 2005 to file responses to the defendant's motions.

_____
GLADYS KESSLER
United States District Judge