UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Criminal Number 05-308 (GK)** |
| **JOHNNY LEE LUCAS,** : | |
| : | |
| **Defendant** : | |
| : | |
| : | |

## ORDER

Upon consideration of a motion by the defendant to suppress items removed from his person on May 21, 2005, and any opposition thereto, the motion is

**GRANTED**, and it is this _____ day of _____ 2005,

**ORDERED**, that the items recovered from the person of Johnny Lee Lucas on May 21, 2005 by officers of the Metropolitan Police Department be and hereby are suppressed, and may not be utilized as evidence at a trial on this matter.

_____
GLADYS KESSLER
United States District Judge