UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Criminal Number 05-308 (GK)** |
| **JOHNNY LEE LUCAS,** : | |
| : | |
| **Defendant** : | |
| : | |

## ORDER

Upon consideration of the defendant's motion for severance and sequential introduction of Count Two evidence, and any opposition thereto, the motion is

**GRANTED**, and it is this _____ day of _____, 2005,

**ORDERED**, that Counts One and Two of the indictment be and hereby are severed, and it is also

**ORDERED**, that evidence on the possession element of Count Two shall be first submitted to the jury for its consideration before evidence of the prior felony conviction is submitted to the jury.

GLADYS KESSLER
United States District Judge