**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Criminal Number 05-308 (GK)** |
| **JOHNNY LEE LUCAS,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |
| | : | |

### DEFENDANT'S REQUEST FOR NOTICE OF RULE 404(b) EVIDENCE

Pursuant to Rule 404(b) of the Federal Rules of Evidence, the defendant, Johnny Lee Lucas submits this formal request for notification of any other crimes, wrongs, or acts the government proposes to introduce at trial.

Respectfully submitted by

JOANNE VASCO, ESQUIRE
4102 Madison Street
Hyattsville, MD 20781
301.864.6424
joanne_vasco@hotmail.com
Attorney for Johnny Lee Lucas