UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 05-308 (GK)** |
| | : | |
| **JOHNNY LUCAS,** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

Trial in this case is scheduled for **December 19, 2005**. Jury selection will begin on **Friday, December 16, 2005 at 9:30 a.m.**. Counsel are directed to appear at that time. Counsel should call Chambers in advance of December 16, 2005, to find out what courtroom will be used for jury selection and trial. It is anticipated that the trial will be heard by **Judge Sterling Johnson**, a visiting Judge from the Eastern District of New York.

October 31, 2005

Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**