UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.: 05-308(GK)** |
| | : | |
| **JOHNNY LUCAS,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based on the Government's Opposition to Defendant's Motions to Suppress Evidence, and other reasons as developed at the hearing in this matter, the Defendant's motions are hereby DENIED.

IT IS SO ORDERED.


Date:_____         _____
                                                                                The Honorable Gladys Kessler
                                                                                United States District Judge