UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.: 05-308(GK) |
| : | |
| JOHNNY LUCAS, : | |
| : | |
| **Defendant.** : | |

**ORDER**

Based on the Government's Opposition to Defendant's Motion to Sever, and other reasons as developed at the hearing in this matter, the Defendant's motion is hereby DENIED.

IT IS SO ORDERED.

Date:_____                              _____

The Honorable Gladys Kessler
United States District Judge