UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No.: 05-308(GK) |
| | : | |
| JOHNNY LUCAS, | : | |
|    Defendant | : | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO SEVER COUNTS AND SEQUENTIAL INTRODUCTION OF COUNT TWO EVIDENCE (Rec. Doc. No. 24)**

Comes now the United States by its attorney, the United States Attorney for the District of Columbia and requests this Court to grant leave to file a supplemental memorandum in opposition to defendant's Motion to Sever Counts and Sequential Introduction of Count Two Evidence. Defendant has not yet filed a reply and the Government's short supplement responds directly to an argument raised by defendant in his motion. Joanne Vasco, attorney for Mr. Lucas, states that she does not oppose the governments motion for leave to file. For all of these reasons, defendant will not be prejudiced should this Court grant leave to file the attached supplement.

Wherefore, the United States requests that the Court grant leave to file the Government's Supplemental Memorandum in Opposition to Defendant's Severance Motion.

                                          Respectfully submitted,

                                          KENNETH L. WAINSTEIN
                                          UNITED STATES ATTORNEY

By: _____
       WANDA J. DIXON
       Assistant United States Attorney
       Organized Crime and Narcotics Trafficking Section
       555 Fourth Street, N.W., Room 4122
       Washington, D.C. 20530
       (202) 514-6997