UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Criminal No.: 05-308(GK) |
| : | |
| **JOHNNY LUCAS,** : | |
| **Defendant** : | |

### O R D E R

The Court, having considered the Governments' Motion for Leave to File a Supplemental Memorandum in Opposition to Defendant's Motion to Sever Counts and Sequential Introduction of Count Two Evidence,

IT IS ORDERED that the motion is GRANTED.

Date: _____      _____
The Honorable Gladys Kessler
United States District Court Judge