**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Criminal Number 05-308 (GK)** |
| **JOHNNY LEE LUCAS,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |
| | : | |

**PRAECIPE**

Pursuant to this court's order of December 2, 2005, defendant herein, Johnny Lee Lucas, submits the following praecipe in order to bring the court and opposing counsel up-to-date on the current status of Mr. Lucas' medical condition. Mr. Lucas is aware that this praecipe will be filed with the court and has specifically authorized counsel to reveal his personal medical condition, notwithstanding the fact that the information may be accessed by individuals not associated with this case.

**Background**

On September 1, 2005, a two-count superseding indictment was filed against Mr. Lucas charging him with one count of simple possession of a controlled substance (oxycontin), and one count of possession of a firearm by a convicted felon.

A hearing on defense motions was scheduled for December 4, 2005, and trial was set to commence December 16, 2005.

On December 4, 2005, Mr. Lucas failed to appear for the motions hearing because he was being treated in the emergency room of George Washington University Hospital for a severe medical condition.

An oral motion by counsel for Mr. Lucas for continuance of the trial date was granted by the court. New dates will be set upon the resolution of Mr. Lucas' current medical problems.

**Mr. Lucas' condition on Friday, December 2 - Saturday, December 3, 2005**

Early Friday morning Mr. Lucas went to the emergency room of George Washington University Hospital in unbearable pain with a leg severely swollen, feeling weak, and barely able to walk. The swelling was so great that it could be seen through the baggy pants he was wearing. The emergency room physician informed Mr. Lucas that he had a blood clot in his groin and had he reported to court and been sent to the D.C. Jail, he would not have survived this serious condition.

In the emergency room, Mr. Lucas was treated with a blood thinner and antibiotics for a blood clot in his groin and was ultimately placed in a room until his discharge around 5:00 p.m. Saturday, December 3, 2005. Mr. Brad Davidson, investigator, spoke to Mr. Lucas by telephone Saturday evening. Mr. Lucas reported that he experienced suicidal ideation during his stay at the hospital which persisted through Saturday. Mr. Davidson reports that Mr. Lucas sounded weak and depressed.

Undersigned counsel and investigator Davidson both spoke to Mr. Lucas on Sunday, December 5, 2005. Mr. Lucas reports that he was prescribed the following medication when discharged from the hospital:

Percocet (for pain)
Coumadin (blood thinner)
Lasix (stool softener)
Aldacpone (AIDS medication to control CD blood count)
Bactrum (AIDS medication to prevent pneumonia)
Cidanoine (AIDS medication to prevent pneumonia)
Vircad, Kaletra and Colace (for AIDS)
Prozac (for bipolar condition)

Mr. Lucas' discharge papers from the hospital reflect his treatment at the emergency room of GW hospital for a recurrence of DVT (blood clots). He is to see a psychologist before starting on Lithium for his bipolar condition.

## Mr. Lucas' condition prior to December 2, 2005

Mr. Lucas' was diagnosed with bipolar disorder approximately 4 years ago and currently receives disability payments due to his inability to work as a result of the condition. He is being treated for this condition by Dr. Robert Keisland of the Upper Cardoza Medical Group, 3020 14th Street, NW, Washington, DC. He also suffers from the AIDS virus and severe, chronic abscesses in his leg.

Mr. Lucas was not advised that he needed further treatment for the blood clot and his physical activity is not restricted at this time. He reports that he is able to come to court. If Mr. Lucas experiences any deterioration in his physical condition, counsel will immediately advise the court.

Respectfully submitted by
JOANNE VASCO, ESQUIRE
4102 Madison Street
Hyattsville, MD 20781
301.864.6424
joanne_vasco@hotmail.com
Attorney for Johnny Lee Lucas