UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal Number 05-308 (GK) |
| JOHNNY LEE LUCAS, : | |
| : | |
| Defendant : | |
| : | |

**OPPOSITION TO**
**GOVERNMENT'S MOTION FOR REVOCATION OF RELEASE**

Defendant Johnny Lee Lucas, through counsel, hereby opposes the revocation of his release conditions as proposed by the government.

**Personal History**

Mr. Lucas is a 47-year old man with a long-term history of multiple severe medical, psychological, and drug-dependency conditions. He has been a heroin user for more than 20 years. As a result of this prolonged heroin use, Mr. Lucas contracted the AIDS virus, and is currently taking various medications to combat the progression of the disease. Also as a result of injecting heroin into his leg, Mr. Lucas developed an abscess in his leg which will no longer heal. From time to time, blood clots develop in Mr. Lucas' groin. It was just such a blood clot which was being treated at George Washington University Hospital on December 2, 2005. As a result of this blood clot, Mr. Lucas' leg swelled to 3 times its normal size and he was unable to use the leg. He was held in the hospital for a day while being treated with antibiotics and blood thinners. Mr. Lucas was diagnosed with manic-depressive disorder many years ago. This condition

rendered him unable to maintain employment and he receives medical disability payments based on this condition.

Mr. Lucas is currently taking prescribed medications for his various conditions. They are:

Percocet (for pain)
Coumadin (blood thinner)
Lasix (stool softener)
Aldacpone (AIDS medication to control CD blood count)
Bactrum (AIDS medication to prevent pneumonia)
Cidanoine (AIDS medication to prevent pneumonia)
Vircad, Kaletra and Colace (for AIDS)
Prozac (for bipolar condition)

\* \* \*

Mr. Lucas was arrested in the instant case on June 10, 2005. During the entire pendency of this case, Mr. Lucas has fairly consistently tested positive for opiates and cocaine. Efforts by the Pre-Trial Services Agency and the Court have been directed toward finding a way to help Mr. Lucas rid himself of his addictions. At a December 19, 2005 hearing before the Honorable Gladys Kessler, Pre-Trial Services stated that he was ineligible for the New Directions Program because he is on too many medications. The government requested that Mr. Lucas bond be revoked, but Judge Kessler stated on the record that she did not believe Mr. Lucas presented a danger to the community. Also during this hearing, a Pre-Trial Services representative stated that Mr. Lucas would be eligible for Intensive Supervision once his telephone bill was paid (Mr. Lucas has a cell phone which is insufficient for the Intensive Supervision Program). The Court gave Mr. Lucas until January 16, 2006 to pay the outstanding phone bill.

Now the government again seeks to revoke Mr. Lucas' bond due to an arrest on December 20, 2005.  On that date, police were conducting a sting operation in the area of the 1300 block of North Capitol Street.  Mr. Lucas was stopped, along with another person because they both fit the description of a lookout for an individual who had sold drugs to an undercover officer.  It was determined that Mr. Lucas was not the seller, but as a result of the stop, Mr. Lucas was found in possession of 10 ziplock bags of heroin and 1 ziplock bag of crack and was charged with possession with intent to distribute heroin and possession of crack cocaine.  This case was no-papered, according to the government "due to the amount of drugs recovered." (See Gov't's Motion for Revocation, Document 36, at p.2-3)  In other words, given Mr. Lucas' history of drug use, it was obvious that these drugs were purchased by him for his personal use.

Therefore, the December 20th arrest only serves to underscore one of Mr. Lucas' problems - drug addiction.  It does not support the government's contention that Mr. Lucas is a danger to the community.  Mr. Lucas is dangerous to only one person - himself.

The District of Columbia Department of Corrections is not equipped to handle Mr. Lucas' multitude of medical, substance abuse, and psychological problems.  He must stay on his various medications, and is in continuing danger of forming new blood clots.  The treating physician at George Washington University Hospital told Mr. Lucas that he had made the right decision to come to the hospital rather than report to court on December 2, because had he gone to D.C. Jail that day, he might not have survived.  The abscess in his leg causes severe, debilitating pain, and he experiences bouts of severe depression with suicide ideation.

\* \* \*

For all of the above reasons, Mr. Lucas requests that this court deny the government's motion for revocation of his release conditions, and allow him additional time to pay his phone bill so that he may be placed in the Intensive Supervision Program.

    Respectfully submitted by
    JOANNE VASCO, ESQUIRE
    4102 Madison Street
    Hyattsville, MD 20781
    301.864.6424
    joanne_vasco@hotmail.com
    Attorney for Johnny Lee Lucas