UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal Action |
| ) | No. 05-308 (GK) |
| JOHNNY LEE LUCAS, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On January 6, 2006, following a hearing, Magistrate Judge Robinson granted the Government's Motion for Revocation of Release [Dkt. # 36] and simultaneously stayed her Order pending a Status Conference before this Court. Accordingly, a Status Conference was held on January 11, 2006. Upon consideration of the Magistrate Judge's Order, the representations of the parties at the January 11, 2006 Status Conference, and the entire record herein, it is hereby

**ORDERED** that the Magistrate Judge's January 6, 2006 Order is **vacated**; and it is further

**ORDERED** that the Court's December 19, 2005 Order setting the conditions for Defendant's release [Dkt. #35] is **reinstated**.

Jan. 16, 2006
DATE

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies to:** attorneys on record via ECF