UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,            :
                                     :
    v.                               :   Criminal No. 05-308 (GK)
                                     :
JOHNNY LEE LUCAS,                    :   **FILED**
                                     :
        Defendant.                   :   FEB 17 2006
                                     :
                                         NANCY MAYER WHITTINGTON, CLERK
                                            U.S. DISTRICT COURT

**ORDER**

It is hereby this 17th day of Feb., 2006, ~~1st day of December, 2005,~~

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than May 1, 2006, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than May 5, 2006 by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on May 9, 2006 at 4:15 pm.

IT IS SO ORDERED.

                                         _____
                                         Gladys Kessler
                                         U.S. District Judge