# WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JOHNNY LEE LUCAS | DOCKET NO: 05-308   MAGIS. NO:<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>DISTRICT OF ARREST |

☐ Indictment    ☐ Complaint

TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

CITY:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

POSSESSION WITH INTENT TO DISTRIBUTE OXYCODONE

FILED
MAR 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN VIOLATION OF: UNITED STATES CODE TITLE & SECTION: 21 USC 841(a)(C); 841(b)(1)(C)

BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE:

ORDERED BY: JOHN M. FACCIOLA, U.S. MAGISTRATE JUDGE
JUDGE/MAGISTRATE JUDGE: JOHN FACCIOLA
DATE ISSUED: 3/10/06

CLERK OF COURT: Nancy Mayer-Whittington
BY DEPUTY CLERK: [signature]
DATE: 3/10/06

## RETURN

This warrant was received and executed with the arrest of the above-named person.

DATE RECEIVED: 3-10-06
DATE EXECUTED: 3-20-06
NAME AND TITLE OF ARRESTING OFFICER: SEAN MCLEOD
SIGNATURE OF ARRESTING OFFICER: [signature]