UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal Number 05-308 (GK) |
| JOHNNY LEE LUCAS, : | |
| : | |
| Defendant : | |
| : | |

## MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

### Procedural History

1.  Defendant herein, Johnny Lee Lucas (hereinafter Lucas) was charged, by superseding indictment with one count of simple possession of a controlled substance, oxycodone, and one count of unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year.

2.  On February 17, 2006, Lucas pled guilty to Count 2 of the indictment.

3.  On May 9, 2006, Lucas was sentenced to forty-one months' incarceration, two years supervised release with standard conditions of supervision, and assessed $100.00.  Count 1 was dismissed upon motion of the United States.

### Discussion

4.  Rule of Appellate Procedure 4(b) allows 10 days from the date of judgment for a criminal defendant to file a notice of appeal.  In this case, the deadline for filing the notice was May 19, 2006, or, arguably, May 22, 2006, as an amended judgment was filed by the court on May 12, 2006.

5.	At sentencing, the court advised Lucas of his right to appeal the sentence, and that he must do so within 10 days of the sentence. Lucas did not communicate his desire to appeal the sentence to counsel on the day of sentencing or at any time between May 9 and May 14, 2006.

6.	On May 14, 2006, counsel for Lucas left the country and did not return until late in the evening May 25, 2006.  During this period, Lucas was unable to communicate with his attorney by telephone or any other means.  Upon return to her office on May 26, 2006, counsel found that Lucas had called her office on several occasions before the time period for filing the notice had expired and left messages stating his desire to appeal his sentence.

7.	Rule 4(b)(4) of Appellate Procedure provides that upon motion for extension of time, the court may, upon a finding of excusable neglect or good cause, extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed.  Thirty days from May 22, 2006 would extend the time for filing the notice to June 22, 2006.

8.	Lucas' inability to reach his attorney to communicate his desire to appeal his sentence before the time for filing had expired is good cause for extending the period for filing the notice of appeal.

**WHEREFORE,** the defendant respectfully requests that this court grant this motion and permit him to file his notice of appeal on or before June 22, 2006.

Respectfully submitted,
/s/_____
JOANNE VASCO
4102 Madison Street
Hyattsville, Maryland 20781
301.864.6424
Attorney for Johnny Lee Lucas (court appointed)