UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal Number 05-308 (GK) |
| JOHNNY LEE LUCAS, : | |
| : | |
| Defendant : | |
| : | |

**MOTION FOR COURT ORDER DIRECTING IMMEDIATE EMERGENCY
TRANSFER TO CORRECTIONAL TREATMENT FACILITY**

On May 9, 2006, this court sentenced Johnny Lee Lucas to a period of incarceration. Although Mr. Lucas is a federal prisoner, as of May 31, 2006, he had not yet been transferred to a federal facility. Moreover, in spite of Mr. Lucas' myriad of serious, life-threatening medical conditions, he is being held at the D.C. Jail, rather than the Correctional Treatment Facility which theoretically was established to house and treat prisoners with medical and other special needs.

**Medical Background**

Mr. Lucas is suffering from full-blown AIDS. He has been under treatment for this condition since 1995. Mr. Lucas also suffers from Hepatitis C, genital herpes, leg ulcers (which cause him excruciating pain and occasionally blood clots in the groin) for which he has been prescribed potent pain-killers, bipolar disorder and depression (and a myriad of other less severe physical problems caused by the virus and the side effects of his medications). Mr. Lucas has occasionally been hospitalized as a result of the blood

clots in his groin, a life-threatening condition.  Mr. Lucas must receive numerous medications on a daily basis in order to maintain his health at its present level.[1]

**Mr. Lucas' treatment at the D.C. Jail between May 9, 2006 and May 31, 2006**

When Mr. Lucas entered the jail on May 9, a blood test revealed that his T-cell count (a marker for the progression of AIDS) was very low and has remained at the same low level.  In addition to a low T-cell count, Mr. Lucas' red blood cell count is abnormally low.  He is visited by a physician (or other health care provider) every 3 days.  While on the surface, this would indicate that he is receiving the medical care he requires, but that is decidedly not the case.

The jail has a list of medications to be administered to Mr. Lucas on a daily basis.  Mr. Lucas received none of the required medications until May 12, 2006, with the exception of one medication to help him with withdrawal from heroin and pain-killer opiates.  When he does receive medications, all of the required meds are not included every day.  For example, Mr. Lucas has been prescribed an "AIDS cocktail" .  He is typically given some of the drugs which should make up the cocktail, but not others.  Mr. Lucas received no medication for his bipolar illness until May 29.  For three days during the period  May 9 - May 21, 2006, Mr. Lucas received no medications of any description.

Mr. Lucas is in need of dental work.  He was taken off coumadin (blood thinner) to prevent the danger of hemorrhage during the dental procedure.  He asked for an appointment, but was told no appointments can be made, he would just report to the dental unit after three days.  Mr. Lucas stopped taking coumadin May 27.  On May 30, he reported to the dental unit, but was told his name was not on the list and he would not be

---

[1] See, list of medications taken by Mr. Lucas, Presentence Investigation Report dated April 4, 2006, prepared by U.S.P.O. Tenille Losch, at pages 9-10.  Ms. Losch has verified Mr. Lucas' various medical conditions in her contacts with health care providers.

seen that day. Mr. Lucas is still not taking coumadin and as of May 31 had not seen the dentist. As a direct result of the absence of a blood thinner in his circulatory system his legs are beginning to swell again, a symptom which indicates inadequate circulation - increasing the likelihood of another life-threatening blood clot.

Mr. Lucas is far-sighted; thus, he cannot read without glasses. Since May 9, Mr. Lucas has made several requests for glasses. To date none have been supplied. As a result of straining his eyes to see, Mr. Lucas developed severe headaches. To combat these headaches, he took ibuprofen. The combination of ibuprofen and coumadin caused him to hemorrhage from his nose. He asked to be transferred to the hospital, but received no medical attention for this problem until the following day, a full 24 hours after the bleeding episode.

All of the medications which have been prescribed for Mr. Lucas are critical to his survival. Bactrum prevents the pneumonia associated with AIDS. Coumadin prevents blood clotting, and the AIDS cocktail keeps the virus in check. As of May 31, 2006, Mr. Lucas T-cell count remained alarmingly low, subjecting him to the possibility of contracting the secondary infections associated with the virus, and which ultimately are fatal to AIDS patients.

Mr. Lucas should be housed in a facility which can meet his medical needs. The D.C. Jail personnel are either unable or unwilling to provide him the care his condition warrants. He should be transferred *immediately* before his condition deteriorates to the point where further medical treatment is futile.[2]

---

[2] Counsel is mindful of the court's suggestion that attempts be made to ensure Mr. Lucas' proper treatment at DC Jail through the offices of Acting General Counsel Brenda Baldwin-White, who has proved helpful to counsel in the past. However, due to an extended period of time spent out of the country, counsel was

3

/s/
JOANNE VASCO, ESQUIRE
4102 Madison Street
Hyattsville, MD 20781
301.864.6424
joanne_vasco@hotmail.com
Attorney for Johnny Lee Lucas

---

unable to check on Mr. Lucas until May 31, 2006, and at that point, determined that no time could be spared to explain and negotiate for his proper care, and that his immediate transfer was imperative.