UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Criminal Number 05-308 (GK)** |
| **JOHNNY LEE LUCAS,** : | |
| : | |
| **Defendant** : | |
| : | |

**ORDER**

TO:  Director Devon Brown
     D.C. Department of Corrections
     1901 D Street, S.E.
     Washington, D.C.

Upon consideration of defendant's motion for transfer to the Correctional Treatment Facility, and any opposition thereto, and in light of his serous medical condition, the motion is hereby

**GRANTED,** and this _____ day of June, 2006, it is

**ORDERED,** that prisoner Johnny Lee Lucas, USM No. 01268-007, DOB 11/11/58, be transferred immediately to the Correctional Treatment Facility, located at 1901 E Street, S.E., Washington, D.C.

_____
**THE HONORABLE GLADYS KESSLER**
**United States District Judge**