UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Johnny Lee Lucas, Defendant | ) | Crim. Number: 05-308(GK) |
| VS. | ) | Judge Gladys Kessler |
| UNITED STATES OF AMERICA, | ) | Motion Requesting Case |
| RESPONDENT(S) | ) | Status on Document Filed |
| | ) | #54-Filed 05/28/2006 |

FILED
JUN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION REQUESTING CASE STATUS OF DOCUMENT #54 FILED 5/28/06

Now comes the Defendant acting in his novice pro-se litigant capacity who moves this Honorable Court to rule on the pending motion in order that the Defendant would have to Appeal is current sentence "as of the right" in accordance with FRAP-Rules-3 & 4.

Defendant has made a primal facial showing that he has a right to proceed due to the reasons stated therein the attached motion, still pending before this court.

Defendant prays that this Honorable Court make factual findings pursuant to Rule-59, and grant the Defendant the right to proceed forward on this appeal, after this court grants the C.O.A. Certificate of Appealability.

Respectfully Submitted

*[signature: Johnny Lucas]*

Pro-se, Nunc-Pro-Tunc
USM #61268-007
Low Security Correctional Institution
P.O. Box 999, D-A
Butner, NC 27509-0999

c.c. District Attorney
    Wanda J. Dixon
    555 4th St., NW
    Washington, DC 20530

c.c. Defense Counsel
    Joanne Vasco
    4102 Madison Street
    Hyattsville, MD 20781

c.c. Clerk of the Court
    U.S. District Court
    District of Columbia

*Leave to file granted — J. Kessler — 6/12/07*