UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.  05-00308** |
| | : | |
| v. | : | |
| | : | |
| **LUCAS** | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Edward O'Connell at telephone number 202-514-6997 and/or email address Edwards.OConnell@usdoj.gov  Edward O'Connell will substitute for Assistant United States Attorney Wanda Dixon counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
**Edward O'Connell**
Assistant United States Attorney
Organized Crimes and Narcotics Trafficking
555 4th Street, NW,  Room 4122
Washington, DC 20530
202-514-6997